

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Randon Lee Foley, Appellant

No. 06-17-00037-CR          v.

The State of Texas, Appellee

Appeal from the 77th District Court of Limestone County, Texas (Tr. Ct. No. 12657-A). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Randon Lee Foley, pay all costs of this appeal.

RENDERED APRIL 21, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk